UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELLA JENKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>FROG HOLLOW FARM, LLC,<br><br>        Defendant. | Case No.18-cv-02741-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 15 |

On August 8, 2018, the Clerk entered Defendant's default in this action. (Dkt. No. 13.) On January 24, 2019, Plaintiff filed a motion for default judgment which is set for hearing on March 7, 2019. (Dkt. No. 15.) The docket does not reflect a proof of service of Plaintiff's motion for default judgment on Defendant. Plaintiff shall file proof of service of the motion for default judgment by February 13, 2019.

**IT IS SO ORDERED.**

Dated: February 8, 2019

                                                        JACQUELINE SCOTT CORLEY
                                                        United States Magistrate Judge